IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAN S. HAGGIN and TENDAI C. HAGGIN, | : :  : |
| Plaintiffs, | : : |
| v. | : CIVIL ACTION NO. : 1:15-CV-4393-SCJ-JSA |
| CARRINGTON MORTGAGE SERVICES, LLC, | : : : |
| Defendant. | : : |

**O R D E R**

The above-captioned action is before the Court on Defendant's Motion to Stay Pretrial Deadlines [6]. Defendant notes that it has filed a Motion to Dismiss [4] and requests that all pretrial deadlines be stayed while the Motion is pending before the Court. Plaintiffs have not filed a Response to this Motion, and the time to respond has expired. Thus, this Motion [6] is deemed unopposed. *See* LR 7.1(B) ("Failure to file a response shall indicate that there is no opposition to the motion."). For good cause shown, and because Plaintiffs do not oppose the stay, Defendant's Motion [6]

is **GRANTED**. Defendant shall comply with all pretrial deadlines within **thirty (30)** days after the Court rules upon its Motion To Dismiss.

    **IT IS SO ORDERED** this 21st day of March, 2016.

                                                _____
                                                JUSTIN S. ANAND
                                                UNITED STATES MAGISTRATE JUDGE